## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Melinda Gail Nelson,  
*on the behalf of M.K.N. B. (Minor)*,

      Plaintiff,

v.

Michael J. Astrue,  
*Commissioner of Social Security*,

      Defendant.

Civil No. 10-CV-4001 (JNE/TNL)

**ORDER**

---

Laura Hammargren and Peter W. Carter, Dorsey & Whitney LLP, 50 S 6th Street, Suite 1500, Minneapolis, MN 55402-1498.

Lonnie F. Bryan, United States Attorney's Office, 300 S 4th Street, Suite 600, Minneapolis, MN 55415.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 23, 2011 (Docket No.35), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees (Docket No. 28) be **GRANTED IN PART** and **DENIED IN PART** in that:

1. Plaintiff be awarded $5,250.00 in reasonable attorney fees payable by Defendant; and

2. Plaintiff's motion be denied in all other respects.

The Clerk of Court **IS HEREBY ORDERED** to **ENTER JUDGMENT** in the above-captioned matter.

Date: <u>1-11-2012</u>                                                      s/ Joan N. Ericksen  
                                                                                             The Honorable Joan N. Ericksen  
                                                                                             United States District Court Judge  
                                                                                             for the District of Minnesota