# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Melinda Gail Nelson,　　　　　　　　　　　　　　　　　　Civil No. 10-CV-4001 (JNE/TNL)
*on the behalf of M.K.N. B. (Minor),*

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Michael J. Astrue,
*Commissioner of Social Security*,

      Defendant.

Laura Hammargren and Peter W. Carter, Dorsey & Whitney LLP, 50 S 6th Street, Suite 1500, Minneapolis, MN 55402-1498.

Lonnie F. Bryan, United States Attorney's Office, 300 S 4th Street, Suite 600, Minneapolis, MN 55415.

---

    Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 23, 2011 (Docket No.35), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees (Docket No. 28) be **GRANTED IN PART** and **DENIED IN PART** in that:

1. Plaintiff be awarded $5,250.00 in reasonable attorney fees payable by Defendant; and
2. Plaintiff's motion be denied in all other respects.

    The Clerk of Court **IS HEREBY ORDERED** to **ENTER JUDGMENT** in the above-captioned matter.

Date: <u>1-11-2012</u>　　　　　　　　　　　　　　　　s/ Joan N. Ericksen
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Joan N. Ericksen
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　for the District of Minnesota